1  DONALD F. SETH, ESQ.
   SBN 92318
2  290 B Street, Suite 205
   Santa Rosa, CA 95401
3  (707) 545-6370 Telephone
   (707) 545-9770 Facsimile
4  donaldfseth@gmail.com
   donsethlawoffice@yahoo.com
5
   Attorney for Plaintiffs
6  MARISOL BRILLIANT
   and RONALD W. BRILLIANT
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11 | MARISOL BRILLIANT and,            ) CASE NUMBER: C 09-04568 SI
   | RONALD W. BRILLIANT,              ) Case Assigned to: Hon. Susan Illston
12 |                                   )
   |        Plaintiffs,                )
13 |                                   )
   |   vs.                             ) STIPULATION AND ORDER TO
14 |                                   ) CONTINUE CASE MANAGEMENT
   | TIFFIN MOTOR HOMES, INC.,         ) CONFERENCE
15 | and DOES 1 through 30,            )
   |                                   )
16 |        Defendants.                )
   | _____ )
17 |                                   )
   | TIFFIN MOTOR HOMES, INC.,         )
18 |                                   )
   |        Third-Party Complainant,   )
19 |                                   )
   |   vs.                             )
20 |                                   )
   | FREIGHTLINER CUSTOM CHASSIS       )
21 | CORPORATION, CUMMINS, INC. and    )
   | ROES 1 through 10, inclusive,     )
22 |                                   )
   |        Third-Party Defendants.    )
23 | _____ )

24

25     IT IS HEREBY STIPULATED by and between the parties, through their designated

26 counsel, that the Case Management Conference presently scheduled for January 15, 2010 at

27 2:30 p.m. be continued to February 26, 2010 at 2:30 p.m.  The new deadlines are as follows:

28 ///

_____
STIPULATION AND ORDER TO CONTINUE CMC
C09-04568 SI

| | | |
|---|---|---|
| February 5, 2010 | Last day to: | |
| | • | meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| | • | file ADR Certification signed by Parties and Counsel |
| | • | file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| February 19, 2010 | • | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement. |
| February 26, 2010 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm. 10, 19th Floor at 2:30 p.m. | |

Defendant's counsel shall serve a copy of this Order on all third party defendants.

DATED:  December 28       , 2009          LAW OFFICE OF DONALD F. SETH

By:  \s\ Donald F. Seth
DONALD F. SETH
Attorney for Plaintiffs, Marisol Brilliant
and Ronald W. Brilliant

DATED:  December 28       , 2009          GATES, O'DOHERTY, GONTER & GUY, LLP

By:  \s\ Matthew M. Proudfoot
MATTHEW M. PROUDFOOT
Attorney for Defendant Tiffin Motor
Homes, Inc.

///

///

STIPULATION AND ORDER TO CONTINUE CMC
C09-04568 SI                                        2

# ORDER

PURSUANT TO THE STIPULATION, THE COURT ORDERS that the Case Management Conference scheduled for January 15, 2010 be continued to February 26, 2010 at 2:30 p.m. with the following deadlines:

February 5, 2010    Last day to:

- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan
- file ADR Certification signed by Parties and Counsel
- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

February 19, 2010
- Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement.

February 26, 2010    INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm. 10, 19th Floor at 2:30 p.m.

Defendant's counsel shall serve a copy of this Order on all third party defendants.

**IT IS SO ORDERED.**

DATED: _____, 2009

_____
HONORABLE SUSAN ILLSTON