<pre>
1  Richard C. Moreno (SBN 190869)
      rmoreno@murchisonlaw.com
2  **MURCHISON & CUMMING, LLP**
   801 South Grand Avenue, 9th Floor
3  Los Angeles, California  90017-4613
   Telephone: (213) 623-7400
4  Facsimile: (213) 623-6336

5  Attorneys for FREIGHTLINER CUSTOM
   CHASSIS CORPORATION
</pre>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARISOL BRILLIANT and RONALD W. BRILLIANT,<br><br>    Plaintiffs,<br><br>vs.<br><br>TIFFIN MOTOR HOMES, INC., and DOES 1 through 30,<br><br>    Defendant.<br>———————————————<br>TIFFIN MOTOR HOMES, INC.,<br><br>    Third-Party Complainant,<br><br>vs.<br><br>FREIGHTLINER CUSTOM CHASSIS CORPORATION, CUMMINS, INC., and ROES 1 through 10, inclusive, ,<br><br>    Third-Party Defendants. | CASE NO. C 09-04568 SI<br><br>Case Assigned to:  Hon. Susan Illston<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:   February 26, 2010<br>Time:   2:30 p.m.<br>Crtrm.: 10 (11th Floor) |

WHEREAS, the Court had set a Case Management Conference in this matter for February 26, 2010; and

WHEREAS, defendant Cummins, Inc., recently appeared in this matter submitting an answer to the third party complaint on January 25, 2010.

WHEREAS, defendant Freightliner Custom Chassis Corporation, recently appeared in this matter submitting an answer to the third party complaint on January 14, 2010.

WHEREAS, the parties have agreed to mediation with Michael Ornstil of JAMS in Santa Rosa, California to be held on March 18, 2010, at 10:00 a.m.

WHEREAS, it is hereby stipulated by and between the parties, through their designated counsel , that the Case Management Conference presently scheduled for February 26, 2010 at 2:30 p.m. be continued to April 23, 2010, at 10:00 a.m., in Courtroom 10, Honorable Susan Illston, presiding.

LAW OFFICES OF DONALD F. SETH

Dated: February 17, 2010

By /s/ Donald F. Seth
Donald F. Seth, Esq.
Attorneys for Plaintiffs, Marisol Brilliant
and Ronald W. Brilliant

GATES O'DOHERTY, LLP

Dated: February 17, 2010

By /s/ Matthew M. Proudfoot
Matthew M. Proudfoot, Esq.
Attorneys for Defendant, Tiffin Motor
Homes, Inc.

WILSON TURNER KOSMO LLP

Dated: February 17, 2010

By /s/ Robert A. Shields
Robert A. Shields, Esq.
Hubert Kim
Attorneys for Cross-Defendant,
Cummins, Inc.

| | | |
|---|---|---|
| | MURCHISON & CUMMING, LLP | |
| Dated: February 17, 2010 | By /s/ Richard C. Moreno | |
| | Richard C. Moreno, Esq. | |
| | Attorneys for Cross Defendant, | |
| | Freightliner Custom Chassis Corporation | |

# **O R D E R**

Good cause having been shown and all parties having stipulated thereto, it is hereby ordered as follows:

1. The Case Management Conference is continued to 4/23/10 @ 2:30 p.m. _____.

Dated:_____          _____
                                        Hon. Susan Illston
                                        Judge of the Federal District Court

J:\RCM\30255\PLD\STIP

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, 9th Floor, Los Angeles, California 90017-4613.

On February 17, 2010, I served true copies of the following document(s) described as **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** on the interested parties in this action as follows:

## **SEE ATTACHED LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address jburnier@murchisonlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 17, 2010, at Los Angeles, California.

/s/ Jennifer L. Burnier
Jennifer Burnier

C 09-04568 SI
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]

| | | |
|---|---|---|
| 1 | **SERVICE LIST** | |
| | **Marisol Brilliant, et. al. vs. Tiffin Motor Homes, Inc.** | |
| 2 | | |
| 3 | Gates, O'Doherty, Gonter & Guy, LLP<br>Proudfoot, Matthew M.<br>15635 Alton Parkway, Suite 260<br>Irvine, CA 92618<br>Telephone: (949) 753-0255<br>Facsimile: (949) 753-0265 | Attorneys for Defendant and Third Party Plaintiff TIFFIN MOTOR HOMES, INC. |
| 6 | Donald F. Seth, Esq.<br>Law Offices Of Donald F. Seth<br>290 B Street<br>Suite 205<br>Santa Rosa, CA 95401<br>Telephone: 707-545-9770<br>E-Mail: donaldfseth@gmail.com | Attorneys for Plaintiffs |
| 10 | Robert A. Shields<br>WILSON TURNER KOSMO LLP<br>550 West C. Stret, Suite 1050<br>San Diego, CA 92101<br>Telephone: (619) 236-9600<br>Facsimile: (619) 236-9669 | Attorneys for Third-Party Defendant CUMMINS, INC. |

C 09-04568 SI

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED ORDER]