Richard C. Moreno (SBN 190869)
rmoreno@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, 9th Floor
Los Angeles, California  90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for FREIGHTLINER CUSTOM CHASSIS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARISOL BRILLIANT and RONALD W. BRILLIANT,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TIFFIN MOTOR HOMES, INC., and DOES 1 through 30,<br><br>　　　　Defendant.<br><br>TIFFIN MOTOR HOMES, INC.,<br><br>　　　　Third-Party Complainant,<br><br>vs.<br><br>FREIGHTLINER CUSTOM CHASSIS CORPORATION, CUMMINS, INC., and ROES 1 through 10, inclusive, ,<br><br>　　　　Third-Party Defendants. | CASE NO. C 09-04568 SI<br><br>Case Assigned to:  Hon. Susan Illston<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:　February 26, 2010<br>Time:　2:30 p.m.<br>Crtrm.: 10 (11th Floor) |

　　　　WHEREAS, the Court had set a Case Management Conference in this matter for February 26, 2010; and

　　　　WHEREAS, defendant Cummins, Inc., recently appeared in this matter submitting an answer to the third party complaint on January 25, 2010.

1  WHEREAS, defendant Freightliner Custom Chassis Corporation, recently
2  appeared in this matter submitting an answer to the third party complaint on January
3  14, 2010.
4  WHEREAS, the parties have agreed to mediation with Michael Ornstil of JAMS
5  in Santa Rosa, California to be held on March 18, 2010, at 10:00 a.m.
6  WHEREAS, it is hereby stipulated by and between the parties, through their
7  designated counsel , that the Case Management Conference presently scheduled for
8  February 26, 2010 at 2:30 p.m. be continued to April 23, 2010, at 10:00 a.m., in
9  Courtroom 10, Honorable Susan Illston, presiding.

                                                                                           LAW OFFICES OF DONALD F. SETH

Dated: February 17, 2010             By /s/ Donald F. Seth
                                                   Donald F. Seth, Esq.
                                                   Attorneys for Plaintiffs, Marisol Brilliant
                                                   and Ronald W. Brilliant

                                                   GATES O'DOHERTY, LLP

Dated: February 17, 2010             By /s/ Matthew M. Proudfoot
                                                   Matthew M. Proudfoot, Esq.
                                                   Attorneys for Defendant, Tiffin Motor
                                                   Homes, Inc.

                                                 WILSON TURNER KOSMO LLP

Dated: February 17, 2010             By /s/ Robert A. Shields
                                                   Robert A. Shields, Esq.
                                                   Hubert Kim
                                                   Attorneys for Cross-Defendant,
                                                   Cummins, Inc.

|   |   |
|---|---|
| | MURCHISON & CUMMING, LLP |
| Dated: February 17, 2010 | By /s/ Richard C. Moreno<br>Richard C. Moreno, Esq.<br>Attorneys for Cross Defendant,<br>Freightliner Custom Chassis Corporation |

# **O R D E R**

Good cause having been shown and all parties having stipulated thereto, it is hereby ordered as follows:

1. The Case Management Conference is continued to  4/23/10 @ 2:30 p.m. _____.

Dated:_____    _____
                                    Hon. Susan Illston
                                    Judge of the Federal District Court

J:\RCM\30255\PLD\STIP

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, 9th Floor, Los Angeles, California 90017-4613.

On February 17, 2010, I served true copies of the following document(s) described as **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** on the interested parties in this action as follows:

## SEE ATTACHED LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address jburnier@murchisonlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 17, 2010, at Los Angeles, California.

/s/ Jennifer L. Burnier
Jennifer Burnier

**SERVICE LIST**
**Marisol Brilliant, et. al. vs. Tiffin Motor Homes, Inc.**

| | |
|---|---|
| Gates, O'Doherty, Gonter & Guy, LLP<br>Proudfoot, Matthew M.<br>15635 Alton Parkway, Suite 260<br>Irvine, CA  92618<br>Telephone: (949) 753-0255<br>Facsimile: (949) 753-0265 | Attorneys for Defendant and Third Party Plaintiff TIFFIN MOTOR HOMES, INC. |
| Donald F. Seth, Esq.<br>Law Offices Of Donald F. Seth<br>290 B Street<br>Suite 205<br>Santa Rosa, CA  95401<br>Telephone: 707-545-9770<br>E-Mail: donaldfseth@gmail.com | Attorneys for Plaintiffs |
| Robert A. Shields<br>WILSON TURNER KOSMO LLP<br>550 West C. Stret, Suite 1050<br>San Diego, CA 92101<br>Telephone:  (619) 236-9600<br>Facsimile:  (619) 236-9669 | Attorneys for Third-Party Defendant CUMMINS, INC. |