IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL BRILLIANT,<br><br>        Plaintiff,<br><br>  v.<br><br>TIFFIN MOTOR HOMES INC,<br><br>        Defendant.<br>                                        / | No. C 09-04568 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

RESERVED FOR DISPOSITIVE MOTIONS: July 9, 2010, at 9:00 a.m.
(File: 6/4/10, Opposition: 6/18/10, Reply: 6/25/10)

FURTHER CASE MANAGEMENT: July 9, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 30, 2010.

DESIGNATION OF EXPERTS: Pltf. 10/15/10, deft. 10/29/10; REBUTTAL: 11/12/10.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is January 31, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by November 24, 2010 ;

    Opp. Due December 10, 2010;  Reply Due December 17, 2010;

    and set for hearing no later than January 14, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 15, 2011 at 3:30 PM.

JURY TRIAL DATE: February 28, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                                        _____
                                                                      SUSAN ILLSTON
                                                                      United States District Judge