```
 1  DONALD F. SETH, ESQ. SBN 92318
    290 B Street, Suite 205
 2  Santa Rosa CA 95401
    Tel. (707) 545-6370
 3  Fax (707) 545-9770
    donaldfseth@gmail.com
 4
 5  Attorney for Plaintiffs
    MARISOL BRILLIANT and
 6  RONALD W. BRILLIANT
 7
 8              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 9
10  MARISOL BRILLIANT and
    RONALD W. BRILLIANT,
11
            Plaintiffs,                    CIVIL NO. CV 09-04568 SI
12
    vs.
13
14  TIFFIN MOTOR HOMES, INC.,
    and DOES 1 through 30,                 DECLARATION OF
15                                         MARISOL BRILLIANT IN
            Defendants.                    OPPOSITION TO DEFENDANT
16  _____/       TIFFIN MOTORHOME, INC.'S
                                           MOTION FOR SUMMARY
17  TIFFIN MOTORHOMES, INC.,                JUDGMENT OR SUMMARY
                                           ADJUDICATION
18          Third-Party Complainant,
    vs.
19                                         Date: July 9, 2010
    FREIGHTLINER CUSTOM CHASSIS            Time: 9:00 a.m.
20  CORPORATION, CUMMINS, INC.
    and ROES 1 through 10, inclusive,
21
            Third-Party Defendants.
22  _____/
23
24          I, Marisol Brilliant, declare:
25          I am one of the plaintiffs in this action. I have personal knowledge of
26  the facts contained in this Declaration and if called as a witness, could testify
27  competently thereto.
28
    _____
    BRILLIANT v. TIFFIN MOTORHOMES  09-04568-SI
    DECLARATION OF MARISOL BRILLIANT
```

1.  I reside in Fairfield with my husband, Ronald, and our two minor children. In 2007, we were shopping for new motor homes and decided the Tiffin brand had a good reputation. We wanted bunkbeds for our children as we planned our initial trip to last about one year, and we needed the extra space. We were unable to find a Tiffin motor home with bunkbeds in the Bay Area.

2.  After my husband spoke with a Tiffin dealer in Utah, we traveled there and arrived at Quality RV to pick up the motorhome on January 2, 2008. We were shown the RV by one of the sales people. I signed the contract and we were handed a large, canvas-type bag with binders in it, which included the owner's manuals, warranties and other product information. We were given the keys to the motor home, and we left.

3.  It was freezing as we drove toward home and the heater didn't work. Other defects surfaced, so we took the motor home to a Tiffin repair facility in Reno, Nevada. Since the repairs would take awhile, we left the vehicle there and went home to Fairfield.

4.  A few weeks later, the Reno dealer told us the motor home was ready, but when we picked it up, there were more problems, and so we left it there. This happened two or three times, until we were able to drive it away in April, 2008, and took a short trip. After that trip we brought the motor home back to California for the first time and began working with DMV to get title and registration handled.

5.  The titling process lasted until November, 2008, because the required paperwork had not arrived, or Quality RV had not signed the transfer documents or the odometer disclosure statement. Then the motor home needed inspection by a vehicle verifier in California. During this time, Quality RV returned the sales tax to us, $9,152.93, because it was being registered in California.

1        6. The initial problems we had with the vehicle continued and each
2  time we planned a trip, we were unable to leave because of them. The motor
3  home was taken to various repair shops, and Tiffin sent its repair men to our
4  home many times, but the problems were never corrected and we finally asked
5  Tiffin to take it back.
6        I declare under penalty of perjury under the laws of the State of
7  California that the foregoing is true and correct.

9  Dated: June 18, 2010


MARISOL BRILLIANT